**Christopher Earl Strunk**, in propria persona
141 Harris Avenue
Lake Luzerne, New York 12846
Ph: 718-414-3760 Email: cestrunck@yahoo.com

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 1 5 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Case No: 1:16-CV-1496 (BKS/DJS)

x--------------------------------------------------------------------------------x

In the matter of:

Christopher Earl Strunk, Individually of New York;

Plaintiff, Petitioner

versus

THE STATE OF CALIFORNIA with **Edmund Gerald "JERRY" BROWN** Jr., Individually and as Governor; and **Alejandro "ALEX" PADILLA**, Individually and as Secretary of State (SOS); **THE STATE OF NEW YORK** with **ANDREW M. CUOMO**, Individually and as Governor; **THE STATE OF NEW YORK BOARD OF ELECTIONS** with Republican Peter S. Kosinski / Co-Chair, Democrat Douglas A. Kellner / Co-Chair, Republican Andrew J. Spano / Commissioner and Democrat Gregory P. Peterson / Commissioner; **THE CITY OF NEW YORK (NYC)**; **Warren "BILL DE BLASIO" Wilhelm** Jr., Individually and as the Mayor of NYC; **THE NYC BOARD OF ELECTIONS** with Commissioners of Elections: Maria R. Guastella *President*, Frederic M. Umane *Secretary*, Jose Miguel Araujo, John Flateau, Ph.D., Lisa Grey, Michael Michel, Michael A. Rendino, Alan Schulkin, Simon Shamoun, Rosanna Vargas, *Commissioners*;; **NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; PRESIDENT OF THE UNITED STATES SENATE; UNITED STATES DEPARTMENT OF COMMERCE BUREAU OF THE CENSUS;**

Defendants/Respondents

**QUALIFIED POLITICAL PARTIES:** American Independent Party (AIP), Democratic Party, Green Party, Libertarian Party, Peace and Freedom Party, Republican Party; Independence Party; Senator Bernie Sanders; **California AG; New York AG, NYC Corporation Counsel**, and U.S. Attorney.

**Parties-in-interest.**

x------------------------------------------------------------------------------

<u>**PETITION with COMPLAINT**</u> for a three-judge panel mandamus by 19 December 2016 to

restrain Defendants and proportionately reduce electors under the 14th Amendment

1

**NOW COMES** **Christopher Earl Strunk**, in propria persona,  a private national citizen of the United States and New York, hereby Petitions this Three-judge court for a mandamus with restraint of Respondents, as time is of the essence before 19 December 2016 with imminent irreparable harm on 6 January 2017, with no other adequate remedy at law and a likelihood of success; and hereafter, Strunk Complains of Defendants' infringement of Plaintiff's fundamental rights, protected under the Constitution for the United States, by: the State of California's Public Officers malicious administration and enforcement of the California Election Code (CAEC) and related law to resolve the *Trump-Pence* electors; the State of New York's Public Officers malicious administration and enforcement of the New York Election Code (NYEL) and related law to resolve the *Johnson-Weld* electors; by the conspiracy of the State of New York's and State of California's Public Officers with others similarly situated jointly with the Democratic Party National Committee to use illegal alien voters at the 8 November 2016 General Election of the California 55 elector and New York 29 electors slate for the 19 December 2016 election of *President of the United States* (POTUS) and Vice POTUS (VPOTUS) with *United States Code* (USC) Title 3 under color of CAEC, NYEL and United States Code (USC) Title 3 to the contrary; and that Plaintiff(s) among those citizens similarly situated with natural and fundamental rights are otherwise protected against infringement by Section 2 of the Fourteenth Amendment [1] to the

---

[1] **Section 2 of the Fourteenth Amendment**: Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state , excluding Indians not taxed. *But when the right to vote at any election for the choice of electors for President and Vice President of the United States,* Representatives in Congress, the executive and judicial officers of a state, or the members of the legislature thereof, *is denied to any of the male inhabitants of such state, being twenty-one years of age, and citizens of the United States, or in any way abridged,* except for participation in rebellion, or other crime, *the basis of representation therein shall be reduced in the proportion which the number* of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such state.



Constitution of the United States of America, with related law, available remedy and likelihood of success. This is a case of first impression to reduce the basis of California and New York POTUS / VPOTUS Electors at the 19 December 2016 electoral college election and or new U.S. House of Representatives term on 6 January 2017 thereafter until the 2020 decennial census.

## JURISDICTION:

28 USC §2284 (a) Three-judge district court of three judges shall be convened when an action is filed challenging the constitutionality of the apportionment of California and New York congressional districts associated with the 2016 State's POTUS / VPOTUS Electoral College under the 14th Amendment; and 28 USC §1343. Civil rights (in which 42 USC §1983, §1985, §1986, §1988 and related law apply) and elective franchise; and subsection (b) as to district courts original jurisdiction of any civil action authorized by law to be commenced by any person: (1) To recover damages for injury to Plaintiff(s) person or vote property, and because of the deprivation of any right or privilege of a citizen of the United States, by act done by California Defendants in furtherance of any conspiracy mentioned in section 1985 of USC Title 42 with Defendants malicious administration and enforcement of the Election Code (Law) and as applies with USC Title 3 and with Defendants facilitation of illegal alien voters on 8 November 2016; (2) To recover damages from Defendants who failed to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he/she had knowledge were about to occur and power to prevent; (3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of

citizens or of all persons within the jurisdiction of the United States; (4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote; and remedy with 28 USC §1651, 28 USC §2201 / §2202.

## VENUE:

28 USC §1391. Venue applies with subsection (a) Applicability of Section.—Except as otherwise provided by law— (1) this section shall govern the venue of all civil actions brought in district courts of the United States; and (2) the proper venue for a civil action shall be determined without regard to whether the action is local or transitory in nature; and subsection (b) Venue in General.—A civil action is brought in ... (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred,...is situated; (c) Residency.—For all venue purposes—(1) a natural person, including an alien lawfully admitted for permanent residence in the United States, shall be deemed to reside in the judicial district in which that person is domiciled; and (e) Actions Where Defendant Is Officer or Employee of the United States.—(1) In general.—A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which (C) the plaintiff resides if no real property is involved.

## PARTIES:

1. Petitioner / Plaintiff, **Christopher Earl Strunk**, in propria persona, a natural person of New York  in esse Sui juris is the sole beneficiary agent **(Strunk, Plaintiff, Petitioner)** of the public U.S. Citizen CHRISTOPHER EARL STRUNK entity person domiciled and registered

4



to vote in the State of New York county of Warren located at 141 Harris Avenue Lake Luzerne New York 12846 Ph: 718-414-3760 Email: cestrunck@yahoo.com, and Strunk is:

a.  the duly registered *Executor* for the Posterity of _EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA_ (see **Exhibit A Pages 1 thru 15** and **Exhibit A-2**);

b.  a Amendment XIV Section 1. private "pre 1933" national citizen born in the United States whose *Status* is duly registered with the United States Secretary of the Treasury, and

c.  subject to the jurisdiction thereof New York wherein he resides, and where:

d.  Strunk contends that no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;

e.  Strunk contends with all rights reserved without prejudice, nor shall any state:

    i.  deprive any person of life, liberty, or property, without due process of law;

    ii.  deny to any person within its jurisdiction the equal protection of the laws.

f.  Strunk petitions this court in good faith with clean hands here in New York in conformance with specifics of his resume, public commendation  and participation (see **Exhibit A-3**);

g.  Strunk facilitated Mark Seidenberg and AIP to appoint *the Honorable Robert K. Dornan* and his wife *Sallie* to the *AIP Trump-Pence Elector Slate* at the California 2016 General Election.

h.  *Robert K. Dornan* personally apologized to *"Citizen Strunk"* for having enacted the *Simpson Mazola Act* (1986) amnesty for illegal aliens as a political favor to President Reagan, and that his perverse punishment was defeat by illegal alien votes in  1996.

5

i. Strunk was the Plaintiff in the *Strunk v. US House of Representatives et.al.* 02-6159 2nd Cir, 99-cv-2168 EDNY challenge to 2 USC §2a *capping* of U.S. House by the 2000 decennial census using illegal aliens without the question are you a US Citizen(?).

j. Strunk was the Plaintiff in the *Strunk v. US Housing Urban Development et.al.* 99-cv-6480 EDNY Civil action for deprivation of rights, Conspiracy to interfere with civil rights 42 USC Section 1986, Section 1985, Section 1983 and Section 1982; as well as under his due process rights of the 4th and 5th Amendments, and protection against unreasonable statute under the 9th 10th 13th Amendments pertaining to the federal government and other due process rights in the 14th Amendment, which empowers Congress to protect persons from State actions. There being two aspects: procedural, in which protects a person's property from unfair government interference or taking with similar clauses found in the New York State Constitution.

k. Strunk was the Plaintiff in the *Strunk v. Mills etal.* 04-3758 2nd Cir, 04-cv-4881 SDNY in the matter of unreported Non-citizens under *the Compact for Education*, involving misuse of State funds intermingled with Federal Block Grant Funds that harms U.S. Citizens by trespass upon fundamental rights, are deprived equal *education by Denial of due process and equal protection* under color of State and Federal Laws, and perpetuated with an underlying conspiracy by Public Officers with special interest to control the defacto State Legislature without use of the State Constitution that exceed their authority to deny a republican form of government, by malfeasance that does not preempt Congressional plenary authority that must "occupy the field" in the matter of aliens per se - inter alia violates the Federal Constitution Article 1 Section 9.

6

l.  Strunk was the Plaintiff in the *Strunk v. US House of Representatives et.al.* 01-6021 [2nd] Cir, 00-cv-7177 EDNY challenge to the 2000 New York Electoral College formation.

m.  Strunk was the essential facilitator for the Libertarian Party of New York and third parties in the *Green Party etal v. NYS BOE* EDNY 04-cv-4888 (JG) challenge to the NYS BOE bi-partisan exclusionary use of the voter registration form, under color of the National Voter Registration Act (NVRA), and its maintenance of the State party enrollment database, with which, a party maintains association when no longer a State party by failure to garner 50K votes at the New York gubernatorial election.

n.  Strunk was a Pro Se Amicus in  the *Torres v NYS BOE etal.* appeal 07-0103-cv at 2nd Cir. taken from the 29 December 2006 order of Eastern District Trial Judge John Gleeson in EDNY 04-cv-1129 denied intervention into Judicial Convention matters.

o.  Strunk was plaintiff in New York State Court *Strunk v NYS BOE etal*. 6500-2011 in the matter of 2008 Election cycle NYS BOE bi-partisan ballot access for ineligible POTUS candidates under color of state election law, USC Title 3 under U.S. Constitution Article 2 Section 1 Clause 5 ineligibility of POTUS candidates placed on then ballot: John S. McCain was born in Colon Republic of Panama to out of wedlock mother, Barry Soetoro Soebarkah was born of a Subject to the Sultan of Zanzibar as a protected person of the British Kenya Protectorate - where is yet proven, and Roger Calero of the Socialist Workers Party born to citizens of Nicaragua in Nicaragua.

p.  At the 2012  election cycle, Strunk was an essential facilitator for plaintiffs' complaint in California State Court regarding George Soros' *Secretary of States Project's* Democratic Party agent Deborah Bowen California Secretary of State, whose re-

7

election by arbitrary bias sabotaged the challenge of Orly Taitz in favor of Damon Dunn with questionable ballot access along with Barack Hussein Obama.

q. Strunk's book entitled, *Jesuit Social Justice versus Le Droit Des Gens* (The Law of Nations): *The Global Estate versus Nation States*, was published in October 2016 in support of *Trump-Pence*.

## CALIFORNIA DEFENDANTS

2. Respondent /Defendant, **THE STATE OF CALIFORNIA** with service upon the Governor;

3. Respondent/Defendant , **Edmund Gerald "JERRY" BROWN** Jr., Individually and Governor with place for service located at Governor Jerry Brown c/o State Capitol, Suite 1173 Sacramento, CA 95814 Phone: (916) 445-2841 Fax: (916) 558-3160;

a. Edmund G. Brown Jr. was born in San Francisco on April 7, 1938. He graduated from St. Ignatius High School in 1955 and entered Sacred Heart Novitiate, a Jesuit seminary. He later attended the University of California, Berkeley, graduating in 1961 before earning a J.D. at Yale Law School in 1964

b. Brown was elected Trustee for the Los Angeles Community College District in 1969, Secretary of State in 1970 and Governor in 1974 and 1978. After his governorship, Brown lectured and traveled widely, practiced law, served as chairman of the state Democratic Party and ran for president.

c. In 1998, Brown was elected Mayor of Oakland. Brown was elected California Attorney General, and

d. was elected to a third gubernatorial term in 2010 and to a historic fourth term in 2014.

8

e. Mr. Brown is the example of how you can take the man out of the Jesuit seminary but you cannot take the Jesuit out of the man.

4. Respondent /Defendant, **Alejandro "ALEX" PADILLA**, Individually and as Secretary of State (SOS) with place for service located at California Secretary of State 1500 11th Street Sacramento, CA 95814.

## NEW YORK DEFENDANTS

5. Respondent /Defendant, **THE STATE OF NEW YORK** with service upon the Governor

6. Respondent /Defendant, **ANDREW M. CUOMO**, Individually and as Governor; Governor of New York State NYS State Capitol Building Albany, NY 12224 Ph.: 1-518-474-8390 Office hours: 9:00am to 5:00pm.

   a. Prior to his election as Governor, Andrew Cuomo served four years as New York's Attorney General.

   b. In 1997, Cuomo was appointed by President Clinton to serve as Secretary of Housing and Urban Development (HUD) was solely responsible to create an additional 8% of non performing United States backed mortgages to aid and abet the theft of the Commercial banking *Special Trust Fund Accounts* securing United States debt bonds and securities that were safeguarded when separated in 1933 by the *Glass Steagall Act* firewall from Investment banking *Exchange Stabilization Fund* risky speculation that with enactment of the *Gramm Leach Bliley Act* of 1999 were comingled to have the enumerated US populace as surety for derivatives inter alia mortgage default swaps;

   c. Cuomo graduated from Fordham University in 1979 and Albany Law School in 1982.

9

d. Has duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and 2 USC §2a with related law.

7. Respondent /Defendant, **NEW YORK STATE OF BOARD OF ELECTION** located for service at NYS Board of Election 40 North Pearl Street, Suite 5 Albany, NY 12207-2729, Ph.: (518) 474-6220 Executive (518) 474-8100 FAX (518) 486-4068 Email: INFO@elections.ny.gov Enforcement Counsel (518) 486-7858 Email: enforcement@elections.ny.gov, with service upon Co-Chairmen and Commissioners Republican Peter S. Kosinski / Co-Chair, Democrat Douglas A. Kellner / Co-Chair, Republican Andrew J. Spano / Commissioner and Democrat Gregory P. Peterson / Commissioner

   a. The State Board of Elections was established in the Executive Department June 1, 1974 as a bipartisan agency vested with the responsibility for administration and enforcement of all laws relating to elections in New York State.

   b. The Board is also responsible for regulating disclosure and limitations of a Fair Campaign Code intended to govern campaign practices.

   c. In conducting these wide-ranging responsibilities, the Board offers assistance to local election boards and investigates complaints of possible statutory violations. In addition to the regulatory and enforcement responsibilities the board is charged with the preservation of citizen confidence in the democratic process and enhancement in voter participation in elections.

   d. Then Attorney for the NYS BOE, Todd Valentine stated to Strunk that "[The BOE] is not interested in those who do not register and vote only those who register and vote."

e.  All with duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and 2 USC §2a with related law.

8.  Respondent /Defendant, Warren "**BILL De BLASIO**" Wilhelm Jr., Individually and as the Mayor of the City of New York  located for service at Mayor Bill de Blasio City Hall New York, NY 10007 **PHONE** 212-NEW-YORK outside NYC, with duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and 2 USC §2a with related law.

9.  Respondent /Defendant **THE CITY OF NEW YORK** (NYC), a municipal cooperation represented by the Corporation Counsel at 100 Church Street New York New York 10007;

10. Respondent /Defendant **THE NEW YORK CITY BOARD OF ELECTIONS** (NYC BOE), with place for service at Executive Office 32 - 42 Broadway, 7 Fl New York, NY  10004 Tel: 1.212.487.5400  For  General  information  email: ElectionInfo@boe.nyc.ny.us Hours  of Operation - 9A.M. - 5P.M. with Commissioners of Elections: Maria R. Guastella *President*, Frederic M. Umane *Secretary*, Jose Miguel Araujo, John Flateau, Ph.D. , Lisa Grey , Michael Michel , Michael A. Rendino , Alan Schulkin, Simon Shamoun, Rosanna Vargas , *Commissioners;*

a.  The Board of Elections in the City of New York is an administrative body of ten Commissioners, two from each borough upon recommendation by both political parties and then appointed by the City Council for a term of four years. The Commissioners appoint a bipartisan staff to oversee the daily activities of its main and five borough offices.

11

b. The Board is responsible under New York State Election Law for the following: Voter registration, outreach and processing, Maintain and update voter records Processing and verification of candidate petitions/documents, Campaign finance disclosures of candidates and campaign committees, Recruiting, training and assigning the various Election Day officers to conduct elections, Operate poll site locations, Maintain, repair, setup and deploy the Election Day operation equipment, Ensure each voter their right to vote at the polls or by absentee ballot, Canvassing and certification of the vote, Voter education, notification and dissemination of election information, Preparation of maps of various political subdivisions.

c. All with duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and §2 USC 2a with related law.

## FEDERAL DEFENDANTS

11. Respondent /Defendant **UNITED STATES NATIONAL ARCHIVES AND RECORDS ADMINISTRATION** by Archivist David S Ferriero located at The National Archives and Records Administration Office of The Archivist of the United States at 8601 Adelphi Road The College Park, MD 20740-6001, Ph.: 202-357-5900 and 866-272-6272) with duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and 2 USC §2a with related law.

12. Respondent /Defendant **PRESIDENT OF THE UNITED STATES SENATE**, Vice President "Joe" Biden located at The White House 1600 Pennsylvania Avenue NW Washington D.C.

20500 with duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and 2 USC §2a with related law.;

13. Respondent /Defendant **UNITED STATES DEPARTMENT OF COMMERCE BUREAU OF THE CENSUS** by John H. Thompson, Director of the U.S. Census Bureau with duties enumerated in the US Constitution, 3 USC §1 thru §21, 13 USC Sec. 141 /Sec. 195, P.L 94-171, 8 USC §1324 and 2 USC §2a with related law, serves at the pleasure of Secretary of Commerce at 4600 Silver Hill Road Washington, DC 20233.

### PARTIES-IN-INTEREST

14. **QUALIFIED POLITICAL PARTIES:**

   a. **Party-in-interest** American Independent Party Robert Ornelas, *State Chairperson* 476 Deodara Street Vacaville, CA 95688-2637 (707) 359-4884 mark@masterplanner.com www.aipca.org

      i. **Dr. Robert Ornelas**, Individually, Elector for Trump-Pence, and Chairman of the American Independent Party of California;

      ii. **Dr. Mark J. Seidenberg**, Individually, Elector for Trump-Pence, and American Independent Party of California Chairperson;

      iii. **Markham G. Robinson**, Individually, Elector for Trump-Executive, Committee Chairman (State Party), and Chairman (National Party);

   b. Party-in-interest Democratic Party John Burton, *State Chairperson* 1830 9th Street Sacramento, CA 95811 (916) 442-5707 info@cadem.org www.cadem.org

c. THE NEW YORK STATE DEMOCRATIC COMMITTEE by Chairwoman Judith Hope , an arm of the National Party with authority pursuant to NYS Election Law, with offices located at 60 Madison Avenue New York, New York 10010.

d. Party-in-interest Green Party Jared Laiti, *Liaison* 515 18th Street #3 Sacramento CA 95811-1026 (916) 549-6788 liaison@cagreens.org www.cagreens.org

e. Party-in-interest Libertarian Party Ted Brown, *State Chairperson* 770 L Street, Suite 950 Sacramento, CA 95814-3361 (916) 446-1776 office@ca.lp.org www.ca.lp.org

f. LIBERTARIAN PARTY OF NEW YORK

g. Independence Party of New York

h. Party-in-interest Peace and Freedom Party Kevin Akin, *State Chairperson* 20212 Harvard Way Riverside, CA 92507 (951) 787-0318 kevinakin1950@hotmail.com www.peaceandfreedom.org

i. Party-in-interest Republican Party Jim Brulte, *State Chairperson* 1001 K Street, 4th Floor Sacramento, CA 95814 (916) 448-9496 info@cagop.org www.cagop.org

j. THE NEW YORK REPUBLICAN STATE COMMITTEE by Chairman Cox, an arm of the National Party with authority pursuant to NYS Election Law, with offices located at 315 State Street Albany New York 12210

15. Party-in-interest California AG;

16. Party-in-interest Georgia SOS;

17. Party-in-interest New York Attorney General Eric T. Schneiderman AG Office of the Attorney General The Capitol Albany, NY 12224-0341 and

18. Party-in-interest U.S. Attorney

### FACTUAL ALLEGATIONS

19. That beside the relative State POTUS Election Codes and or Law as apply under the Constitution to the United States with its amendments, 3 USC §1 thru §21, 8 USC §1324, then 13 USC Sec. 141 /Sec. 195, P.L. 94-171, 18 USC §611 and as 2 USC §2a, 2 USC §2a(c)(4), 2 USC §6 with related law apply herein to all.

20. That historically the first proposed amendment to the United States Constitution for the use of the decennial census enumeration for Congressional Apportionment Amendment (pending since September 25, 1789; ratified by 11 states) that would strictly regulate the size of congressional districts for representation in the House of Representatives quote:

> "After the first enumeration required by the first article of the Constitution, there shall be one Representative for every thirty thousand, until the number shall amount to one hundred, after which the proportion shall be so regulated by Congress, that there shall be not less than one hundred Representatives, nor less than one Representative for every forty thousand persons, until the number of Representatives shall amount to two hundred; after which the proportion shall be so regulated by Congress, that there shall not be less than two hundred Representatives, nor more than one Representative for every fifty thousand persons."

21. The "ideal" number of seats in the House of Representatives has been a contentious issue since the country's founding. Initially, delegates to the 1787 Constitutional Convention set the representation ratio at one representative for every 40,000 people. Upon the suggestion

15

of George    Washington,    the    ratio    was    changed    to 1:30,000.https://en.wikipedia.org/wiki/Congressional_Apportionment_Amendment    - cite_note-3 This was the only time Washington voiced an opinion on any of the actual issues debated during the convention.

22. In Federalist No. 55, James Madison argued that the size of the House of Representatives has to balance the ability of the body to legislate with the need for legislators to have a relationship close enough to the people to understand their local circumstances, that such representatives' social class be low enough to sympathize with the feelings of the mass of the people, and that their power be diluted enough to limit their abuse of the public trust and interests, quote:

> "... first, that so small a number of representatives will be an unsafe depositary of the public interests; secondly, that they will not possess a proper knowledge of the local circumstances of their numerous constituents; thirdly, that they will be taken from that class of citizens which will sympathize least with the feelings of the mass of the people, and be most likely to aim at a permanent elevation of the few on the depression of the many;..."

23. Enlargement of the US House of Representatives crucial for formation of the Electoral College that was never enacted is now questionably "capped" since June of 1930. Strunk contends in violation of the letter and intent of the Constitution.

24. Based upon information and belief, since 1930 our US House seats entitlement for New York of 45 when we had 12.5 million residents has been hijacked starting in 1950 then with 14.8 millions residents, by majoritarian forces controlling Congress, who now use the Executive to subject New York Eligible Voters and citizens to the proposed allotment of 27 CDs now that New York has no less than 19 million inhabitants.

25. USA Citizens individually together are supposed to be protected against economic injury brought by overwhelming invasion of aliens into the USA under *the 1965 Immigration and Nationality Laws*, aren't protected because defacto public officers don't or can't enforce related laws; Citizens have a duty and right to save the USA from acts of *unconstitutional behavior and gross negligence* here use the Judiciary.

26. In October 2016 the California Secretary of State Published the Qualified Party POTUS / VPOTUS Elector Slates (see **Exhibit B**).

27. The AIP Elector Slate is for *Trump-Pence* at the 8 November 2016 General Election.

28. That the Republican Party Elector Slate for *Trump-Pence* is not the same as that of the AIP.

29. That the Republican Party Elector Slate for *Trump-Pence* does not meet the requirements of the California Election Code (CAEC) and Party Rules according to analysis by the AIP (see **Exhibit C**).

30. The AIP notified the SOS, CALIFORNIA COUNTY ELECTIONS REGISTRARS and Governor of the erroneous Republican Party Elector Slate need to resolve the *TRUMP-PENCE* Elector slate by Legislative Joint Resolution rather than a concurrent resolution by the general election on 8 November 2016 (see **Exhibit D**); and

31. There is no *Joint resolution* for *TRUMP-PENCE* elector slate at the California 8 November 2016 General Election.

32. Sample ballot for Sacramento (see **Exhibit E**) was the only county to reference the CAEC for elector slates, and the other 57 California counties did not mention the slates as per CAEC.

33. In October 2016 the New York State Board of Elections Published the Qualified Party POTUS / VPOTUS Elector Slates (see **Exhibit F**).

34. The Libertarian Party of New York State's (LPNY) Elector Slate is for *Johnson-Weld* at the 8 November 2016 General Election was filed before that of the Independence Party.

35. That the New York State Independence Party's Elector Slate for *Johnson-Weld* at the 8 November 2016 General Election is not the same as that of the LPNY.

36. There is no *Joint resolution* for *Johnson-Weld* elector slate at the New York 8 November 2016 General Election.

37. When the Chairman for the New York Libertarian Party contacted Chairman McKay of the In dependence Party to produce a joint resolution of the elector slates. Chairman McKay stated paraphrase "Your candidate is not going to win anyway, and if Johnson-Weld do then we can do a joint resolution of the elector slates after the election."

38. That in the same way as the interchange occurred between the Chairmen of the Libertarian and Independence parties in New York, the same interchange occurred between the California Chairmen of the Republican Party (having filed late with defects) stated to the AIP Chairman in effect stated paraphrase "Your candidate is not going to win anyway, and if Johnson-Weld do then we can do a joint resolution of the elector slates after the election."

39. The 2000 decennial Census did not ask if a person is a US Citizen unlike done in the 1990 Census.

40. The 2010 decennial Census did not ask if a person is a US Citizen unlike done in the 1990 Census.

41. As an equal protection issue, California, New York among a minority of other outlaw States are *sanctuary* States for illegal aliens that have their domicile in a foreign state;  and that together the outlaw States have a substantial majority vote for the Democrat Party according

18

to *the PEW Foundation Study* (see **Exhibit G**) because Congress has illegally granted additional U.S. House representation as if illegal aliens had a domicile within the USA.

42. Although state trends varied from 2009 to 2012, there was no change in which six states had the largest unauthorized immigrant populations. The six—California, Texas, Florida, New York, New Jersey and Illinois—accounted for 60% of unauthorized immigrants in 2012. California alone had an estimated 2.4 million unauthorized immigrants in 2012, about one-in-five (22%). Texas ranked second, with 1.7 million unauthorized immigrants, 15% of the total. No other state had more than a million.

43. In November 1996, the INS supported the allegation by Robert K. Dornan that he was quote:

"...illegally defeated by Democrat Loretta Sanchez by a minimum 2,369 alien votes, and according to I.C.E. (I.N.S.) records of 4,023 alien votes cast in the 1996 California General Election; and that by consensus of both the Republican and Democrat parties behind the scenes in violation of the majority of voters' rights conspired then and now for control over illegal alien voting power in California and seemingly nationwide. Aliens illegal voting with impunity and whereas not a single individual was charged with thousands of felonies having been committed, to directly bring about my loss by nine (9) votes - notwithstanding the I.C.E. records to the contrary..."

see the letter shown in Exhibit A-3 Page 7 of 7 having been filed with case *Forjone etal. v EAC etal* WDNY 06-cv-080.

44. In 2013 California started issuing State Identification to illegal aliens (see **Exhibit H**).

45. On October 10, 2015 Governor Brown and the Democratic Party controlled state of California enacted legislation enabled Illegal aliens to Vote during the 2016 POTUS Election cycle, and whereas took illegal and unconstitutional action in direct violation with Federal Election Laws, especially related to 8 USC §1324, by enacting *Assembly Bill 1461* with the clear stated intent to abridge legal American votes with illegal alien voters (see **Exhibit I**).

19

46. By enacting *Assembly Bill 1461*, the State of California created a circumstance in which it allows illegal aliens to vote in the 2016 elections, thereby abridges the legal right of every legal American citizen living in California to enjoy the full weight and power of their vote, countered by illegal votes making it impossible to identify "legal" versus "illegal" votes in the State of California; as shown in Exhibit I in part reads, quote:

> *2268. If a person who is ineligible to vote becomes registered to vote pursuant to this chapter in the absence of a violation by that person of Section 18100, that person's registration shall be presumed to have been effected with official authorization and not the fault of that person.*
>
> *2269. If a person who is ineligible to vote becomes registered to vote pursuant to this chapter and votes or attempts to vote in an election held after the effective date of the person's registration, that person shall be presumed to have acted with official authorization and shall not be guilty of fraudulently voting or attempting to vote pursuant to Section 18560, unless that person willfully votes or attempts to vote knowing that he or she is not entitled to vote.*

47. Because of California's illegal action, the Plaintiff and Defendants cannot rely upon the validity of California votes, and

48. By this above action Plaintiff contends that California has disqualified California election results from the 2016 elections and California votes and electors cannot be legally or ethically counted in the 2016 election, or until such time that California election laws are no longer in violation of Federal Election laws and the U.S. Constitution.

49. Under CAEC the last day to registered to vote for the General Election say 11 October 2016;

50. California ballot access and elections are subject to Democrat Party California Secretary of State bias under color of the law and code.

51. In 2014 NYC and Mayor De Blasio started issuing NYC Identification to illegal aliens (IDNYC) (see **Exhibit J**).

52. At any election under NYS Election Law (NYEL), it is illegal to challenge a person attempting to vote once he/she has registered to vote except by affidavit ballot and or provisional ballot under *the Help America to Vote Act* (HAVA).

53. That under NYEL the last day to registered to vote for the General Election was xx October 2016.

54. That *Project VERITAS* Journalists recorded the admission of NYC BOE Commissioner Alan Schulkin that there is probable cause to believe that non citizens will vote on 8 November 2016 (see **Exhibit K).**

55. Based upon information and belief, Months before the 8 November 2016 General Election, notwithstanding the requirement of NYEL under HAVA for any personal registration to vote be based only upon his / her honor at a domicile without any other Public Officer verification may thereafter vote without challenge at the polling place, the NYC Mayor publicly advertised that any person with a NYC Identification intending to vote at the General Election may obtain a State of New York Identification.

56. Neither the AIP nor the LPNY is a State Party in New York in that the State of New York only grants qualified State Party status for those parties garnering 50 thousand votes at the prior gubernatorial election for state ballot access by a National POTUS candidate.

57. Neither the AIP nor the LPNY is a qualified party in the State of Georgia for automatic ballot access; however, the State of Georgia Election Law, unlike New York, grants qualified party status to any party at the next General Election for POTUS when in the prior general election of another State the party garners 5% of the POTUS vote.

21

58. New York ballot access is harmed by NYS BOE Republican-Democrat Party bi-partisan power sharing conspiracy that since the 1980s *agreement*, neither Party would interfere with the other under color of the law and code.

59. *Ballotpedia.org* statistics show that there is a Presidential Voting Pattern with percentages that New York voter preference in general election presidential races from 2000 to 2012 there are Presidential voting trends in New York vote percentages are: 2012: 63.4% Democratic / 35.2% Republican, 2008: 62.8% Democratic / 36.1% Republican, 2004: 58.4% Democratic / 40.1% Republican, 2000: 60.2% Democratic / 35.2% Republican; are compared to U.S. vote percentages as follows: 2012: 51.1% Democratic / 47.2% Republican, 2008: 52.9% Democratic / 45.7% Republican, 2004: 48.3% Democratic / 50.7% Republican, 2000: 48.4% Democratic / 47.9% Republican.

60. A bellwether is any indicator or predictor of something, and that in presidential electoral politics, states may be considered bellwethers of future electoral outcomes because of how many times they have voted for the winning candidate or party. Below is an analysis of New York's voting record in presidential elections from 1900 to 2016 and also a brief analysis of the elections between 2000 and 2016. The state's accuracy is based on the number of times a state has voted for a winning presidential candidate. The majority of statistical data is from the U.S. National Archives and Records Administration and compiled, here, by Ballotpedia, unless otherwise noted

    a. Since 1900, New York has participated in 30 presidential elections.

    b. Between 2000 and 2016, New York voted for the winning presidential candidate 40 percent of the time, compared to 50 between 2000 and 2012.



c. With the addition of 2016, the percentage of the time New York voted for a winning president since 1900 is 76.67 percent.

d. Including 2016, New York voted Democratic 56.67 percent of the time and Republican 43.33 percent of the time since 1900.

e. From 2000 to 2016, New York voted Democratic 100 percent of the time and Republican 0 percent.

61. The 2016 election brought some changes to the voting trends across the country. According to the NYS BOE New York voters voted for Hillary Clinton (D) in 2016, and the election preliminary results are as of December 5 shown in the following table:

| Candidate | Party | % (by Party) | Votes (by Party) | % (by Candidate) | Votes (by Candidate) |
|---|---|---|---|---|---|
| Hillary Clinton / Tim Kaine | DEM | 55.63 % | 3,986,948 | 57.89 % | 4,149,500 |
| | WOR | 1.82 % | 130,245 | | |
| | WEP | 0.45 % | 32,307 | | |
| Donald J. Trump / Michael R. Pence | REP | 33.04 % | 2,368,033 | 36.83 % | 2,639,994 |
| | CON | 3.79 % | 271,961 | | |
| Jill Stein / Ajamu Baraka | GRE | 1.40 % | 100,110 | 1.40 % | 100,110 |
| Gary Johnson / Bill Weld | IND | 1.53 % | 109,965 | 1.53 % | 109,965 |
| Gary Johnson / Bill Weld | LBT | 0.73 % | 52,308 | 0.73 % | 52,308 |
| Blank | | 0.67 % | 48,098 | 0.67 % | 48,098 |
| Void | | 0.09 % | 6,324 | 0.09 % | 6,324 |
| Write-in | | 0.85 % | 61,241 | 0.85 % | 61,241 |
| | | | | Total Votes | 7,167,540 |

62. Nationwide the Republicans claimed major victories at the federal level on November 8, 2016, winning the presidency and maintaining control of both the U.S. House and U.S. Senate.

63. Real estate investor Donald Trump (R) outperformed most conventional polls and election models to defeat former Secretary of State Hillary Clinton (D). Key to Trump's success were his Rust Belt wins in Ohio, Pennsylvania, and Wisconsin, which cut through the blue wall created in the past six presidential elections.

64. Although Democrats picked up two seats in the U.S. Senate, Republicans will retain control of the chamber with a 52-48 majority. Republicans also performed well in the U.S. House, losing only a net six seats to secure a 241-194 majority.

65. The voters of California voted for Hillary Clinton (D) in 2016 with results provided by the California SOS as of December 5, 2016, 10:15 a.m., shown as follows:

| Candidate Name | Party Preference | Votes | Percent |
|---|---|---|---|
| Hillary Clinton | Democratic | 8696374 | 62.3 |
| Donald J. Trump | Republican , American Independent | 4452094 | 31.9 |
| Jill Stein | Green | 275823 | 2 |
| Gary Johnson | Libertarian | 474615 | 3.4 |
| Gloria Estela La Riva | Peace and Freedom | 65507 | 0.5 |

66. Related herein, that on 5 December 2016, New York Petitioners in New York Supreme Court for the County of Richmond matter of *Castorina etal. v Bill De Blasio etal.* with Index No.: 80528/2016 obtained an Order to Cause with Temporary Restraining Order of the City of New York, NYC Mayor and those associated with the NYC Identification Program (IDNYC) inter alia for non-citizens in NYC as a *Sanctuary City* (see **Exhibit** L).

24

67. Related herein, that on 9 December 2016, a California presidential elector, Vinz Keller, filed a federal lawsuit to overturn the California law that tells presidential electors to vote in the electoral college for the nominee of their party - see *Keller v Brown*, NDCA, 5:16-cv-7069 (wherein Keller is a Democrat and he does not assert that he is certain to vote for someone other than Hillary Clinton (see **Exhibit M**). He says he is undecided and wants the freedom to work with other presidential electors.); thanks to Politico for this news was Posted on December 11, 2016 by Richard Winger a qualified elections and ballot access expert that edits *Ballotaccessnews.org*.

68. That based upon the foregoing facts and parties among those similarly situated, Plaintiff complains of infringement harm to his natural and fundamental rights with time as the essence with imminent irreparable damage without another forum to seek relief or remedy from each individual Respondent / Defendant act(s) of non / mis / malfeasance in omission and or commission of public administration and enforcement duty under color of law or code whereby the Defendant(s) knew or should have known of infringement as for seven causes of action in conspiracy with other Respondents/Defendants as follows:

## AS AND FOR THE FIRST CAUSE OF ACTION

## DEFENDANTS DENIAL OF SUBSTANTIVE DUE PROCESS

69. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 68 as if set forth fully herein as apply by specific reference to the California and New York Defendants.

70. the California and New York Defendants act(s) of non / mis / malfeasance in omission and or commission of public administration and enforcement duty under color of law or code

25

whereby the Defendant(s) knew or should have known of infringement of Plaintiff's right(s) by denial of substantive due process among citizens similarly situated.

71. California Public Officers act of non / mis / malfeasance in omission and or commission of public administration and enforcement of CAEC for POTUS.

72. New York Public Officers act of non / mis / malfeasance in omission and or commission of public administration and enforcement of NYEL for POTUS.

73. Damage to Plaintiff upstate New York by California and New York Defendants acts to dilute and disproportionately diminish individual vote property and expectation of a fair ballot at the 8 November 2016 General Election.

74. Defendants' acts must bar any person from holding any public office of profit or trust.

## AS AND FOR THE SECOND CAUSE OF ACTION

### FOR DEFENDANTS DENIAL OF EQUAL PROTECTION OF THE LAW

75. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 74 as if set forth fully herein as apply by specific reference to the California and New York Defendants.

76. The California and New York Defendants act(s) of non / mis / malfeasance in omission and or commission of public administration and enforcement duty under color of law or code whereby the Defendant(s) knew or should have known of infringement to deny citizen Plaintiff equal protection among those citizens similarly situated.

77. Defendants each failed to have a uniform joint resolution for each elector slate done before the 8 November 2016 General Election with proper notice to the voters.

78. Sanction for damages and bar any person from holding any public office of profit or trust.

## AS AND FOR THE THIRD CAUSE OF ACTION FOR

## DEFENDANTS CONSPIRACY TO DENY EQUAL PROTECTION

79. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 78 as if set forth fully herein as apply by specific reference to the California and New York Defendants.

80. The California and New York Defendants act(s) of non / mis / malfeasance in omission and or commission of public administration and enforcement duty under color of law or code whereby the Defendant(s) knew or should have known of infringement conspiracy (defined by 42 USC 1985 and 42 USC 1986) to deny citizen Plaintiff equal protection among those citizens similarly situated.

    a. That 42 U.S.C. Section 1985 (3) applies herein: in that California and New York and Municipal Defendants act with non-citizens before and during the 2016 election cycle to aid and abet non-citizens to vote at the 8 November 2016 general election to deprive citizen persons rights or privileges in violation of 8 USC §1324 (Harboring of aliens) and facilitated 18 USC §611 (aliens illegally voting) at the citizen's polling precincts for the purpose of depriving, either directly or indirectly, any citizen person or citizen class and or citizen persons of the equal protection of the laws, or of equal privileges and immunities under the laws; and

    b. in which State and Municipal Defendants purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all citizen persons within such State or Territory the equal protection of the laws; and

    c. when two or more State and or Municipal Defendant persons conspired to prevent by intimidation of Plaintiff citizen lawfully entitled to vote, from giving his support

27

or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, to injure Plaintiff person on account of such support or advocacy;

d.  in this case of conspiracy set forth in this section, one or more State and Municipal Defendants engaged therein do, or cause to be done, furtherance of the object of such conspiracy by aiding and abetting non-citizens to vote, hereby another is injured in his person or property, or deprived of having and exercising any right or privileges of a citizen of the United States, and

e.  Plaintiff / Petitioner is the party so injured or deprived who may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

81. Remedy is to proportionately reduce House members to be elected at large until the 2020 decennial census allotment for the respective state's reapportionment of house districts.

82. Sanction for damages and bar any person from holding any public office of profit or trust.

## AS AND FOR THE FOURTH CAUSE OF ACTION FOR DEFENDANTS INFRINGEMENT OF PLAINTIFF'S SPEECH AND ASSOCIATION AMONG THOSE CITIZENS SIMILARLY SITUATED

83. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 82 as if set forth fully herein as apply by specific reference to the California and New York Defendants.

84. The California and New York Defendants act(s) of non / mis / malfeasance in omission and or commission of public administration and enforcement duty under color of law or code

28

whereby the Defendant(s) knew or should have known of infringement to deny citizen Plaintiff / Petitioner speech and association among those citizens similarly situated

85. The California and New York Defendants aid and abet the invasion of illegal aliens by provision and theft of public funds in the enticement for the invasion of illegal aliens to suppress citizen Plaintiff's speech and association among those similarly situated;

86. Sanction for damages and bar any person from holding any public office of profit or trust.

## AS AND FOR THE FIFTH CAUSE OF ACTION FOR DEFENDANTS

## DISPROPORTIONATE DILUTION OF HOUSE REPRESENTATION USING ILLEGAL

## ALIENS FOR PARTISAN UNJUST ENRICHMENT

87. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 86 as if set forth fully herein as apply by specific reference to the California and New York Defendants.

88. The California and New York Defendants aid and abet the invasion of illegal aliens by provision and theft of public funds in the enticement for the invasion of illegal aliens to disproportionately dilute House representation for partisan unjust enrichment and to take citizen Plaintiff's natural and fundamental rights and as among those similarly situated;

89. California Public Officers infringes rights of Plaintiff citizen right to vote at the respective election in New York by California public officer malfeasance contrary to 8 U.S. Code § 1324 - *Bringing in and harboring certain aliens* aids and abets non-citizens and or illegal aliens to vote in California as a conspiracy that constitutes fundamental infringement under 2 USC §2a(c)(4) to be punished under 2 USC §6 as New York Plaintiff citizen's upstate has nominal non-citizens in comparison to the illegal sanctuary violations of law downstate New York

29

granted additional electoral power in the POTUS election using illegal aliens wherein no less than say two (2) House Members are given to NYC downstate and with sanctuary for say 3 million illegal aliens (3,000,000 by 750,000 per US House member), or four (4) US House members for California not entitled, thereby dilutes and disproportionately diminishes Plaintiff's vote property in the New York electoral college size by say net two (2) members - infringement to be reduced under 2 USC §6; and added to the above reductions renders California with a remainder of 24 elector votes and New York with a remainder of 26 elector votes.

90. New York Public Officers infringe rights of Plaintiff domicile of upstate New York, such that the public officer conspiracy is against 18 USC §611 and the New York Constitution to disproportionately dilute and diminish the Plaintiff's vote property upstate to his detriment, in that the downstate city of New York and its suburbs that benefit from illegal alien sanctuary that us Federal funds to concentrates vast super majority of illegal aliens notwithstanding the penalty calculations above after trial found guilty New York is rendered with only three (3) Electors Votes under 2 USC §6 and USC Title 3 then all to be elected at large under 2 USC §2a (c)(4) until the 2020 decennial census enumeration; and

91. Further California Public Officers under their enactment infringe rights of Plaintiff domicile of upstate New York, such that the public officer conspiracy is against 18 USC §611 and the California Constitution to disproportionately dilute and diminish the Plaintiff's vote property among those California citizens similarly situated to his and their detriment notwithstanding the penalty calculations above after trial found guilty California is

30

rendered with only three (3) Electors under 2 USC §6 then all to be elected at large under 2 USC §2a (c)(4) until the 2020 decennial census enumeration.

92. That Federal Funds are allotted based upon a State's number of Congressional Districts (CDs), and illegal aliens were used to obtain more Federal funds than the Defendant States would be due in comparison to the Total U.S. House Electors.

93. Remedy is to return funds with treble punitive damages award

94. Sanction for damages and bar any person from holding any public office of profit or trust.

## AS AND FOR THE SIXTH CAUSE OF ACTION FOR DEFENDANTS DILUTE AND DISPROPORTIONATELY DIMINISH VOTE PROPERTY USING ILLEGAL ALIENS

95. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 94 as if set forth fully herein as apply by specific reference to the California, New York and Federal Defendants.

96. All Defendants act(s) of non / mis / malfeasance aid and abet the invasion of illegal aliens by provision and theft of public funds in the enticement for the invasion of illegal aliens to dilute and disproportionate take vote property using illegal aliens to disproportionately dilute intra and interstate representation;

97. Federal Defendants (the Census Bureau etal) along with the National Democratic Party Committee and the California and New York Democrat state parties conspired with surrogate State Defendants to reapportion CDs by Gerrymandering that among other things treats physical labor and personal / real property as commodity that denies State residents equal protection of law when majority-Minority CDs include more aliens and upstate CDs include less aliens despite inter alia NYS Constitution Article I Section 17 and Homerule provisions.

31

98. Remedy is to order a special master to compare all Defendants' records to ascertain the scope of illegal aliens both illegally resident in any or every state of the several states and who have participated in elections.

99. Sanction for damages and cutoff Federal funds to each and every state of the several states malicious act.

100. Sanction for damages and bar any person from holding any public office of profit or trust.

## AS AND FOR THE SEVENTH CAUSE OF ACTION FOR ALL DEFENDANTS ENGAGED IN INSURRECTION USING ILLEGAL ALIENS AGAINST THE UNITED STATES

101. Plaintiff reasserts each preceding allegations and paragraphs 1 thru 100 as if set forth fully herein as apply by specific reference to the California, New York and Federal Defendants.

102. All Defendants act(s) of non / mis / malfeasance aid and abet the invasion of illegal aliens by provision and theft of public funds in the enticement for the invasion of illegal aliens to are engaged in insurrection against the Posterity of the United States.

103. Remedy for insurrection is to reduce US House representation to one (1) House member each for California and New York respectively and thereafter, to be elected at large until the 2020 decennial census allotment for the respective state's reapportionment of house districts without illegal aliens.

104. Sanction for damages and bar any person from holding any public office of profit or trust.

32



**WHEREFORE** Petitioner / Plaintiff demands the single judge of a Three Judge Court order a:

A. Prohibitory restraining order of National Archives and Records Administration (NARA) Archivist not to deliver the Elector Tally of either California or New York to the US House as substantially complete until there is a trial and finding on the above;

B. Prohibitory restraining order of the President of the United States Senate not to deliver the Elector Tally of either California or New York to the US Senate as substantially complete until there is a trial and finding on the above;

C. Prohibitory restraining order of the Governor of New York, New York Board of Elections and Commissioners not to deliver the Elector Tally of New York to the NARA Archivist and or President of the US Senate as substantially complete until there is a trial and finding on the above;

D. Prohibitory restraining order of the Governor of California, and Secretary of States of California not to deliver the Elector Tally of California to the NARA Archivist and or President of the US Senate as substantially complete until there is a trial and finding;

E. That all Defendants are restrained from destroying and or alternating any record of the 2016 Election Cycle back until the 2012 Election Cycle and make the records transparent and available at trial for a finding on the above;

F. That the City of New York (NYC), NYC Mayor and Commissioners of the NYC Board of Election are restrained from destroying and or alternating any record of the 2016 Election Cycle and or NYC Identification records and make the records transparent and available at trial for a finding on the above .

33

G.  That the US Attorney along with the California and New York  Attorneys General shall assist the court in comparison of the Voter rolls and Motor Vehicle records of the respective state of California and New York records for comparison with the Federal Immigration records, National Voter Registration database, Motor Vehicle database and County voter registrar records.

H.  A preliminary order to show cause hearing for a trial by a Three Judge Court.

I.  That the US Bureau of the Census Director is to deliver an accurate certified record of all non-citizens and or illegal aliens enumerated in every state of the several states since the 2000 census enumeration.

J.  Such other and different relief as the court judges necessary for justice herein including but not limited to reimbursement for delivery of records and assistance of an attorney at trial.

I, Christopher Earl Strunk, state, declare and verify that the above Petition with Complaint is true and correct to the best of my knowledge and belief, and know the contents thereof apply to me by misapplication and administration of laws and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge under penalty of perjury with 28 USC 1746.

Dated: December 12 2016
Lake Luzerne New York

Christopher Earl Strunk, in propria persona
141 Harris Avenue
Lake Luzerne, New York 12846
Ph: 718-414-3760 Email: cestrunck@yahoo.com
All Rights Reserved Without Prejudice

34